IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-50262-AMK |
| | ) | |
| How to Get Flipping Rich, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Alan M. Koschik |

### MOTION OF THE UNITED STATES TRUSTEE TO CONVERT OR DISMISS CHAPTER 11 CASE

Now comes Andrew R. Vara, the United States Trustee for Regions 3 and 9 (the "United States Trustee"), by and through his undersigned counsel, and hereby requests that this Court enter an order pursuant to 11 U.S.C. § 1112(b) converting or dismissing the above-captioned case pursuant to 11 U.S.C. § 1112, whichever is in the best interest of creditors. In support of his motion, the United States Trustee states as follows:

### Jurisdiction

1. Under (i) 28 U.S.C. § 1334, (ii) applicable orders of the United States District Court for the Northern District of Ohio issued pursuant to 28 U.S.C. § 157(a), and (iii) 28 U.S.C. § 157(b)(2), this Court has jurisdiction to hear and determine this motion.

2. Under 28 U.S.C. § 586, the United States Trustee is generally charged with monitoring the federal bankruptcy system. *See United States Trustee v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys., Inc.)*, 33 F.3d 294, 295–96 (3d Cir. 1994) (noting that United States Trustee has "public interest standing" under 11 U.S.C. § 307, which goes beyond mere pecuniary interest); *Morgenstern v. Revco D.S., Inc. (In re Revco D.S., Inc.)*, 898 F.2d 498, 500 (6th Cir. 1990) (describing the United States Trustee as a "watchdog").

3. Under section 307 of title 11 of the United States Code (the "Bankruptcy Code"), the United States Trustee has standing to be heard on the issues raised in this motion.

## Background

4. On February 27, 2024, (the "Petition Date"), the Debtor filed a voluntary petition under chapter 11 of the Bankruptcy Code. Docket No. 1. The Debtor is represented by Steven Heimberger, Esq. The Debtor filed its schedules and statements on March 15, 2024. Docket Nos. 13–17. The Debtor owns three parcels of real estate located in Akron, Ohio. Docket No. 13 at 4.

5. As of the filing of this motion, the Debtor has failed to file monthly operating reports for April and May of 2024, which are now past due. Additionally, the Debtor has not paid quarterly fees for the first quarter, 2024. The estimated amount of outstanding fees due to the United States Trustee is $250.64; however, this amount may change and increase once the monthly operating reports are filed and actual disbursements are known.

## Argument

6. Section 1112(b)(1) of the Bankruptcy Code provides:

> Except as provided in paragraph (2) and subsection (c), on request of a party in interest, and after notice and a hearing, the court shall convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.

11 U.S.C. § 1112(b)(1).

7. Section 1112(b)(4) of the Bankruptcy Code sets forth a non-exhaustive list of causes for conversion or dismissal which includes:

> (F) unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter;
> . . . .
> (K) failure to pay any fees or charges required under chapter 123 of title 28.

11 U.S.C. § 1112(b)(4).

8. Absent "unusual circumstances" specifically identified by the court, a court is required to convert a case to one under chapter 7 or dismiss a case if the movant establishes cause. 11 U.S.C. § 1112(b)(1), (b)(2).

9. Under Federal Rule of Bankruptcy Procedure 2015, the Debtor must file a monthly operating report detailing the Debtor's monthly finances no later than the 21st day of the month after the month covered in the report. Thus, the Debtor's monthly operating report for April 2024 was due on May 21, 2024, and the monthly operating report for May 2024 was due on June 21, 2024.

10. Courts have dismissed or converted chapter 11 cases where the debtor failed to file monthly operating reports. *In re Mickler*, 324 B.R. 613 (Bankr. W.D. Ky. 2005), *aff'd*, 344 B.R. 817 (W.D. Ky. 2006), *aff'd sub nom. Mickler v. Mickler,* 256 F. App'x 773 (6th Cir. 2007); *see also In re Calif. Palms Addiction Recovery Campus, Inc.*, No. 22-40065, 2022 WL 2116643, at *15 (Bankr. N.D. Ohio June 10, 2022) (reiterating that the Debtor's failure to file monthly operating reports supported the Court's finding of cause to convert the case from chapter 11 to chapter 7).

11. Pursuant to 28 U.S.C. § 1930, a chapter 11 debtor must make quarterly fee payments to the United States Trustee until the case is converted or dismissed:

> Except as provided for in subparagraph (B), in addition to the filing fee paid to the clerk, a quarterly fee shall be paid to the United States trustee, for deposit in the Treasury, in each case under chapter 11 of title 11, other than under subchapter V, for each quarter (including any fraction thereof) until the case is converted or dismissed, whichever occurs first.

28 U.S.C. § 1930(a)(6)(A).

12. Courts have dismissed or converted chapter 11 cases where the debtor failed to pay quarterly fees to the United States Trustee. *In re Brown*, Case No. 11-12265, 2021 WL 3656686,

at *3–*4 (Bankr. D. Mass. June 28, 2021); *see Sanders v. United States Trustee (In re Sanders)*, No. 12-1398, 2013 Bankr. LEXIS 4681, at *18 (B.A.P. 9th Cir. Mar. 22, 2013) (affirming bankruptcy court's dismissal for cause).

13. As of the filing of this motion, the Debtor has failed to file monthly operating reports for April 2024 and May 2024 and also has failed to pay the quarterly fees due for the first quarter of 2024. The United States Trustee therefore asserts there is sufficient cause to convert or dismiss this case pursuant to 11 U.S.C. § 1112(b).

14. Accordingly, the United States Trustee has demonstrated cause to convert or dismiss this case pursuant to 11 U.S.C. § 1112(b).

**WHEREFORE**, the United States Trustee respectfully requests that the Court enter an order converting or dismissing this case, whichever is in the best interest of creditors, and order such further relief as the Court deems appropriate.

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 AND 9**

By: */s/ Lauren C. Schoenewald*
Lauren C. Schoenewald (0097694)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
201 Superior Avenue East, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522-7810
Fax: (216) 522-7193
Email: lauren.schoenewald@usdoj.gov

# Certificate of Service

I hereby certify that on July 3, 2024, a true and correct copy of the *Motion of the United States Trustee to Convert or Dismiss Chapter 11 Case* was served upon the following in the manner indicated:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Joseph Luke Beyke    jbeyke@beykelaw.com
- Milos Gvozdenovic    mgvozdenovic@weltman.com, ecfndoh@weltman.com
- Steven Heimberger    sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com
- Zachary D. Prendergast    zprendergast@rkpt.com, court@rkpt.com
- Charles Edward Rust    cerust@rkpt.com, court@rkpt.com
- United States Trustee    (Registered address)@usdoj.gov
- Joshua Ryan Vaughan    jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- Lauren Schoenewald ust47    lauren.schoenewald@usdoj.gov

And via regular United States Mail, postage pre-paid:

How to Get Flipping Rich, LLC
2045 South Woodland Drive
Akron, OH 44313

ADAIR ASSET MANAGEMENT LLC|
ATTN RACHEL FRAZIER LEGAL COORDINATOR
405 N 115TH STREET, STE 100
OMAHA NE 68154-2507

Ohio Attorney General
Collection Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215-3414

Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216-0530

Towpath Credit Union
2969 Smith Road
Akron, OH 44333-2609

US Bank Trust Co., NA, as Trustee for Velocity Commercial
Capital Loan Trust 2022-3
191 South Lassale Street, 7th Floor
Chicago, IL 60603

                                                                                                                                                                By:    */s/ Lauren C. Schoenewald*
                                                                                                                                                                                   Lauren C. Schoenewald (0097694)
                                                                                                                                                                                  Trial Attorney
    United States Department of Justice
    Office of the United States Trustee
    201 Superior Avenue East, Suite 441
    Cleveland, Ohio 44114
    Phone: (216) 522-7810
    Fax: (216) 522-7193
    Email: lauren.schoenewald@usdoj.gov