This document was signed electronically on September 3, 2024, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated:  September 3, 2024



_____
ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 24-50262-AMK |
| | ) | |
| How to Get Flipping Rich, LLC, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Alan M. Koschik |

### ORDER DISMISSING CASE

This matter came before this Court on the *Motion of United States Trustee for Entry of an Order Dismissing Chapter 11 Case Pursuant to 11 U.S.C. § 1112(b)* (the "Motion"); and finding that due and sufficient notice of the Motion has been given; and finding that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and this is a core proceeding under 28 U.S.C. § 157(b)(2); and after due deliberation and sufficient cause appearing therefore, based upon the record, the Court finds that grounds exist to dismiss the above-captioned case. Based upon the foregoing and on the record in this case, it is hereby:

ORDERED, ADJUDGED and DECREED as follows:

1. The Motion is GRANTED.

2. The above-captioned case is hereby DISMISSED.

3. The Debtor shall provide the United States Trustee with disbursement information through the date of dismissal and pay all outstanding fees due to the United States Trustee pursuant to 28 U.S.C. § 1930 within ten (10) days of the entry of this Order.

# # # #

Prepared by:

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**REGIONS 3 & 9**

*/s/ Lauren C. Schoenewald*
Lauren C. Schoenewald (0097694)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
201 Superior Avenue E, Suite 441
Cleveland, Ohio 44114
Phone: (216) 522-7810
Fax: (216) 522-7193
Email: lauren.schoenewald@usdoj.gov

Parties to be served:

Via the Court's Electronic Case Filing System:

- Joseph Luke Beyke    jbeyke@beykelaw.com
- Milos Gvozdenovic    mgvozdenovic@weltman.com, ecfndoh@weltman.com
- Steven Heimberger    sheimberger@rlbllp.com, HeimbergerSR82735@notify.bestcase.com
- Zachary D. Prendergast    zprendergast@rkpt.com, court@rkpt.com
- Charles Edward Rust    cerust@rkpt.com, court@rkpt.com
- United States Trustee    (Registered address)@usdoj.gov
- Joshua Ryan Vaughan    jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;HouliECF@aol.com
- Lauren Schoenewald ust47    lauren.schoenewald@usdoj.gov

And via regular United States Mail, postage pre-paid:

How to Get Flipping Rich, LLC
2045 South Woodland Drive
Akron, OH 44313

ADAIR ASSET MANAGEMENT LLC|
ATTN RACHEL FRAZIER LEGAL COORDINATOR
405 N 115TH STREET, STE 100
OMAHA NE 68154-2507

Ohio Attorney General
Collection Enforcement Section
Attn: Bankruptcy Unit
30 E. Broad Street, 14th Floor
Columbus, OH 43215-3414

Ohio Department of Taxation
P.O. Box 530
Columbus, OH 43216-0530

Towpath Credit Union
2969 Smith Road
Akron, OH 44333-2609

US Bank Trust Co., NA, as Trustee for Velocity Commercial
Capital Loan Trust 2022-3
191 South Lassale Street, 7th Floor
Chicago, IL 60603