Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308

**Case No. 24−50262−amk**

**In re:**
   How to Get Flipping Rich, LLC
   2045 South Woodland Drive
   Akron, OH 44313

**Social Security No.:**

**Employer's Tax I.D. No.:**
   87−3057806

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ The Chapter 11 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** September 18, 2024            **BY THE COURT**
Form ohnb136                                            /s/ Alan M. Koschik
                                                                  United States Bankruptcy Judge